1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: John.Cooke@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR-10-00267-DLJ
                                        )
14       v.                             )   [PROPOSED] ORDER EXCLUDING
                                        )   TIME FROM APRIL 13, 2010 TO APRIL
15  RODRIGO GARCIA-TAMAYO,              )   16, 2010 FROM SPEEDY TRIAL ACT
        a/k/a Rodrigo Coeval,           )   CALCULATION (18 U.S.C. §§
16      a/k/a Rodrigo Curas Cuerbas,    )   3161(h)(7)(A) and (B))
        a/k/a Rodrigo Curas Cuervas,    )
17      a/k/a George Flores,            )
        a/k/a Pablo Garcia,             )
18      a/k/a Rodrigo Garcia,           )
        a/k/a Rodrigo Cuebas Garcia,    )
19      a/k/a Garcia Rodrigo,           )
        a/k/a Rodrigo Tamayo,           )
20                                      )
            Defendant.                  )
21  _____)

22

23       Defendant Rodrigo Garcia-Tamayo made his initial appearance on the indictment before

24  the Court on April 13, 2010.  At that time counsel for the defendant was presented with discovery

25  materials and indicated he would need time both to review them and to meet with his client.  The

26  Court set an appearance date of April 16, 2010, for arraignment and a detention hearing.  The

27  Court then ordered that time should be excluded from the Speedy Trial Act calculation from

28  April 13, 2010 through April 16, 2010, for effective preparation of defense counsel.  With the

CR-10-00267-DLJ
[Proposed] Order Excluding Time

agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from April 13, 2010 through April 16, 2010.

The parties agreed, and the Court found and held, as follows:

    1.    The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with his client and review newly-produced discovery, taking into account the exercise of due diligence.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from April 13, 2010 to April 16, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

    3.    Accordingly, with the consent of defendant's attorney, the Court ordered that the period from April 13, 2010 to April 16, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: April 15, 2010



HON. DONNA M. RYU
United States Magistrate Judge

CR-10-00267-DLJ
[Proposed] Order Excluding Time