1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: John.Cooke@usdoj.gov
8
   Attorneys for the United States of America
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION
13 UNITED STATES OF AMERICA,         )   No. CR-10-00267-DLJ
                                     )
14      v.                           )   [PROPOSED] ORDER EXCLUDING
                                     )   TIME FROM APRIL 16, 2010 TO APRIL
15 RODRIGO GARCIA-TAMAYO,            )   30, 2010 FROM SPEEDY TRIAL ACT
        a/k/a Rodrigo Coeval,        )   CALCULATION (18 U.S.C. §§
16      a/k/a Rodrigo Curas Cuerbas, )   3161(h)(7)(A) and (B))
        a/k/a Rodrigo Curas Cuervas, )
17      a/k/a George Flores,         )
        a/k/a Pablo Garcia,          )
18      a/k/a Rodrigo Garcia,        )
        a/k/a Rodrigo Cuebas Garcia, )
19      a/k/a Garcia Rodrigo,        )
        a/k/a Rodrigo Tamayo,        )
20                                   )
            Defendant.               )
21 _____ )
22
23      Defendant Rodrigo Garcia-Tamayo was arraigned on the indictment before the Court on
24 April 16, 2010. At that time counsel for the defendant indicated he would need time both to
25 review discovery materials and to meet with his client. The Court set an appearance date of April
26 30, 2010, for status and trial setting before the Hon. D. Lowell Jensen. The Court then ordered
27 that time should be excluded from the Speedy Trial Act calculation from April 16, 2010 through
28 April 30, 2010, for effective preparation of defense counsel. With the agreement of the parties,

1  the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18
2  U.S.C. §§ 3161(h)(7)(A) and (B), from April 16, 2010 through April 30, 2010.
3        The parties agreed, and the Court found and held, as follows:
4        1.    The parties agreed to the exclusion of time under the Speedy Trial Act so that
5  defense counsel would have time to meet with his client and review newly-produced discovery,
6  taking into account the exercise of due diligence.
7        2.    Given these circumstances, the Court found that the ends of justice served by
8  excluding the period from April 16, 2010 to April 30, 2010 from Speedy Trial Act calculations
9  outweighs the interests of the public and the defendant in a speedy trial by allowing time for the
10 defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).
11       3.    Accordingly, with the consent of defendant's attorney, the Court ordered that the
12 period from April 16, 2010 to April 30, 2010, be excluded from Speedy Trial Act calculations,
13 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

15     IT IS SO ORDERED.

17 DATED: 4/16/2010



HON. DONNA M. RYU
United States Magistrate Judge

CR-10-00267-DLJ
[Proposed] Order Excluding Time